IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01418-LTB

AARON JORDAN,

    Applicant,

v.

ARAPAHOE COUNTY DETENTION FACILITY,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 1, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 1st day of July, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/K Lyons
                      Deputy Clerk